AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**CHRISTOPHER ROBBINS**<br>*Defendant* | Case No. 21-mj-119 |

### CRIMINAL COMPLAINT

I, Randall Garver, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 2, 2020, in the County of Erie, in the Western District of New York, the defendant, CHRISTOPHER ROBBINS knowingly possessed material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

**In violation of Title 18, United States Code, Section 2252A(a)(5)(B).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

RANDALL GARVER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to before me telephonically

Date: September 10, 2021

*H Kenneth Schroeder, Jr*
*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE    ) SS:
CITY OF BUFFALO   )

### I. INTRODUCTION

I, RANDALL E. GARVER, after being duly sworn, depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation and entered on duty in May 2006. I am currently assigned to the Buffalo Field Office and work on cases associated with the Violent Crimes Against Children program, which targets individuals involved in the online sexual exploitation of children. As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, 2423, and 2261. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child sexual abuse material (CSAM),[1] Sexual Enticement, Travel to Engage in Illicit Sexual Conduct, and Cyberstalking laws in which computers or smartphones/devices are used for engaging in such violations of Federal law.

2. This affidavit is made in support of a criminal complaint and arrest warrant charging **CHRISTOPHER ROBBINS** with violations of Title 18, United States Code Section 2252A(a)(5)(B) [Possession of Child Sexual Abuse Material].

---

[1] As used in this affidavit, CSAM has the same meaning as "Child Pornography" as that term is defined at 18 U.S.C. § 2256.

3. The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and on my experience and training. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **CHRISTOPHER ROBBINS** has violated Title 18, United States Code Section 2252A(a)(5)(B) [Possession of Child Sexual Abuse Material].

## II. <u>PROBABLE CAUSE</u>

4. This investigation was initiated by the Federal Bureau of Investigation's Milwaukee Field Office (Green Bay Resident Agency). In January 2020, a Milwaukee Field Office Task Force Officer (TFO) who is assigned to the Winnebago County Sheriff's Office (WCSO) in Wisconsin became aware of Kik name "winesnob1223." The TFO operates an undercover profile on Kik and monitors activity in several groups where CSAM is shared and traded. I reviewed some of the group names the TFO operates in and assert the titles are indicative of the sharing of CSAM files and information. Based on one of the TFO's undercover Kik sessions, the TFO drafted WCSO police report L-WI-05-07-2020-0001533-001. The report stated:

> On 01/16/2020, [the TFO] began a proactive undercover investigation utilizing Kik messenger posing as a 34-year-old female from Wisconsin. The username used in this operation was [redacted]. I entered multiple public groups which appeared to be created for individuals [with] interest in CSAM. One of which was called [redacted]. From this group, [the TFO] was added to multiple other private groups within Kik that had members openly engaging in the distribution of CSAM. One of these groups was named [redacted]. The user winesnob1223 was a member of the group [redacted] which has been established as a CSAM sharing group on Kik Messenger. Within this group, [winesnob1223]

2

received multiple images and videos of CSAM. [winesnob1223] has also sent out multiple images and videos of CSAM in this group to include the following: 1) Image depicts a nude prepubescent female approximately 7 to 10 years old lying [on] the ground with her legs spread exposing her vagina. This image was sent on 02/10/2020 at approximately 9:34 am.[2]

5. On May 21, 2020, I received and reviewed an electronic copy of the above-described image and screen shots from the undercover session. During the undercover session, winesnob1223 sent a picture of a naked prepubescent girl, in my opinion approximately the age of 8, lying on her back with her legs spread and vagina exposed. The girl was wearing glasses and looking away from the camera. Another user replied to the post, "OMG! So fucking hot! Lover her with the glasses on." winesnob1223 wrote back "so ready to be taught," which I believe was winesnob1223 expressing that the pictured girl should be groomed for sexual contact with an adult. The session showed that winesnob1223's display name was "Wine Snob" and it stated that winesnob1223 was on Kik for 45 days (as of February 10, 2020, the date of the undercover session).

6. On February 13, 2020, the FBI issued an administrative subpoena to Kik that requested subscriber information associated with winesnob1223. I note that "1223" in Wine Snob's name corresponds to **ROBBINS**' birthday—December 23. On February 17, 2020, in response to the subpoena, officials at Kik informed the FBI of the following subscriber details:

> First Name: Wine
> Last Name: Snob

---

[2] Names of Kik groups and undercover Kik usernames have been redacted from this affidavit to protect ongoing investigations. Where such information has been redacted, the unredacted information is known to law enforcement.

        Email: lovewine1223a@yandex.com
        Username: winesnob1223
        Registration Timestamp: 12/27/2019 at 16:42 UTC

7. On February 27, 2020, the FBI issued an administrative subpoena to Verizon FiOS requesting subscriber information associated with IP address 68.133.1.233 on 01/19/2020 at 14:50 UTC and 02/05/2020 at 01:41 UTC. These dates were selected simply because the IP address resolved to WiFi; therefore, the FBI was likely to get a return that would identify the subject. In response to the subpoena, officials at Verizon FiOS provided that service to the address was in the name of **CHRIS ROBBINS** and provided a phone number and email address.

8. On May 28, 2020, the WCSO TFO reviewed previous recordings of some of his Kik online sessions involving winesnob1223. He observed a Kik chat session in a private group titled "Girls 4 to 8 (anything goes)" that showed winesnob1223 as the group administrator. When I reviewed the chat session, I observed a green crown icon below winesnob1223's name which identified him as an administrator of the group. Group administrators can add and remove members and allow new members into a Kik group. Since the group was private, it was created by a Kik user and available only to other users by invite. During the period that winesnob1223 administered the group, multiple images constituting CSAM were distributed in the group.

9. Using information detailed herein, along with additional IP login analysis, on July 1, 2020, the FBI obtained a Federal warrant authorizing the search of **ROBBINS'** residence. On July 2, 2020, the FBI executed the warrant, seized several electronic items, and interviewed **ROBBINS**. During the interview, **ROBBINS** told my colleague and I that he created and used the winesnob1223 Kik account and used a free VPN service to disguise his

online presence.  **ROBBINS** told us that the phone he used to access Kik was his old phone that was then sitting on his desk in the home office.  **ROBBINS** said he created the group "Girls 4 to 8 (anything goes)" on Kik and was the administrator for the group.  **ROBBINS** recalled distributing a picture that constituted CSAM in a Kik group.

10. Pursuant the Federal search warrant discussed above, the FBI seized the "old phone" from the home's office.  The phone, a Samsung Galaxy 10 Plus, model SM-G975S, was searched and found to have one video on it that constituted CSAM.  The video, file name 1_4956290404434575463.mp4, had a date of 10/06/2019 associated with it.  I reviewed the video and found it to be 1 minute and 14 seconds in duration.  The video portrayed an early-pubescent nude girl, in my opinion approximately age 11, sitting on the floor facing a camera.  The girl spread her legs and placed her vagina near the camera and masturbated.  The girl then got onto her hands and knees facing away from the camera to expose her buttocks and vagina; the girl used her hands to spread her vagina.  Finally, the girl sat back down and attempted to lick her breast.

### III. CONCLUSION

9. Based upon the above information, I assert that probable cause exists to believe that **CHRISTOPHER ROBBINS** violated Title 18, United States Code Sections 2252A(a)(5)(B) [Possession of Child Sexual Abuse Material].  I therefore request that the Court issue the requested criminal complaint and arrest warrant

10. To minimize the risk that **ROBBINS** will learn about the criminal complaint and arrest warrant before it can be executed, and thereby take steps to evade capture, I

respectfully request that the Court issue an order sealing the criminal complaint, this affidavit, and the requested arrest warrant until such time as **ROBBINS** is arrested.

_____
RANDALL E. GARVER
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically

this __10th__ day of September 2021

_H Kenneth Schroeder, Jr_
HON. H. KENNETH SCHROEDER JR.
United States Magistrate Judge