UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT CHARGING CHRISTOPHER ROBBINS WITH VIOLATIONS OF TITLE 18, UNITED STATES CODE, SECTION 2252A(a)(5)(B) AND ACCOMPANYING ARREST WARRANT | 21-mj-119<br>(FILED UNDER SEAL) |

**ORDER**

Pursuant to Rule 41(d) of the Local Rules of Criminal Procedure for the Western District of New York, and for good cause shown, the Criminal Complaint, and Affidavit in support of Criminal Complaint, and inventory return shall remain under seal until further order of the Court.

**NOW,** upon the request of the government it is hereby

**ORDERED,** that this matter will remain sealed until further order of the Court.

DATED:   Buffalo, New York, September __10__, 2021.


_H Kenneth Schroeder, Jr_
HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge